|   |   |
|---|---|
| 1 | MELISSA A. VERMILLION |
| 2 | CA NO. 241354 |
|   | BARRETT DAFFIN FRAPPIER TREDER & |
| 3 | WEISS, LLP |
|   | 20955 PATHFINDER ROAD |
| 4 | SUITE 300 |
|   | DIAMOND BAR , CA 91765 |
| 5 | Phone: (626) 915-5714 |
|   | E-mail: NDCAECF@BDFGROUP.COM |
| 6 | File No. 7425028 |

The following constitutes
the order of the court. Signed June 7, 2018

_M. Elaine Hammond_
_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

Attorney for Movant
WELLS FARGO BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| In re:                         | CASE NO.:  | 17-52443-MEH-13 |
|--------------------------------|------------|-----------------|
| MAURA F SALANGAD,              | CHAPTER:   | 13              |
| *aka* Maura Fernandez Salangad | R.S. NO.:  | EAT-1933        |

ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

Debtor.

| DATE:  | May 24, 2018         |
|--------|----------------------|
| TIME:  | 1:00 p.m.            |
| PLACE: | U.S. Bankruptcy Court |
|        | Courtroom 3020       |
|        | 280 South First Street |
|        | San Jose, CA 95113-3099 |

The motion of secured Creditor, WELLS FARGO BANK, N.A., ("Secured Creditor or Movant") for relief from the automatic stay with respect to that certain real property commonly known as **1765 Yerba Buena Rd, San Jose, CA 95121-1965 (the "Property")** came on regularly for hearing by the Court on the date and at the time and place set forth above, the Honorable M. Elaine Hammond, United States Bankruptcy Judge presiding. All other appearances were as noted on the record. For the

reasons set forth on the record and in the minutes of the proceedings, it is ORDERED that the automatic stay shall remain in effect subject to the following payment terms and conditions:

1. The Debtor has 5 months (150 days) to sell or refinance the property from entry of this order. If the property is not sold or refinanced by October 31, 2018, Movant shall have relief from the automatic stay without further order of this Court.

2. In addition, the Debtor shall pay the regular post-petition monthly mortgage payments commencing on June 15, 2018 and continuing at that rate on the first day of each calendar month thereafter during the pendency of this bankruptcy case. Payments must be received before the expiration of any grace period allowed by the terms of the promissory note. The current monthly payment is **$2,411.53** but is subject to change pursuant to the terms of the promissory note or loan modification agreement.

3. Funds should be sent and made payable to: **Wells Fargo Home Mortgage, PO Box 14507, Des Moines, IA 50306.** The Debtor's loan number should be notated on each payment.

4. If any payment is not timely received, Movant shall serve written notice upon the Debtor and Debtor's attorney (by facsimile and mail), allowing the Debtor ten (10) calendar days from the date of service to cure the default. If Movant does not receive the amount in default before the expiration of said ten-day period, Movant may submit a declaration re: breach of condition and a final relief order, which the Court may enter without further notice or hearing. Debtor shall be entitled up to three (3) such notices of default and opportunities to cure. Once the Debtor has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant is relieved of any obligation to serve additional notices of default or to provide additional opportunities to cure. If an event of default occurs thereafter, Movant will be entitled, without first serving a notice of default or providing the Debtor with an opportunity to cure, to file and serve a declaration under penalty

of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

5. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and movant may proceed to enforce its remedies under applicable non-bankruptcy law.

***END OF ORDER***

**COURT SERVICE LIST**

None